**PERKINS COIE LLP**
Lauren J. Tsuji (Bar No. 300155)
*ltsuji@perkinscoie.com*
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Thea Percival Herrera (Bar No. 339689)
*theaherrera@perkinscoie.com*
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMMIE E. KIM,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. and GOOGLE LLC,<br><br>Defendants. | Case No. 3:26-cv-05488-CRB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE FOR GOOGLE LLC'S MOTION TO DISMISS<br><br>Judge: Charles R. Breyer |

**STIPULATION**

Pursuant to Civil Local Rule 6-1(b), Plaintiff Sammie E. Kim, appearing pro se, and Defendant Google LLC ("Google") by and through its attorneys of record (collectively, the "Parties"), hereby agree and stipulate as follows:

1. WHEREAS, Plaintiff filed her Complaint on June 8, 2026 (Dkt. 1);

2. WHEREAS, pursuant to the Parties' Stipulation, Google's deadline to answer or otherwise respond to the Complaint was August 5, 2026 (Dkt. 12);

3. WHEREAS, Plaintiff filed her First Amended Complaint on July 5, 2026 (Dkt. 16);

4. WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Google's existing August 5, 2026 deadline to answer or otherwise respond to the First Amended Complaint remains in effect;

5. WHEREAS, Google anticipates that it will file a Motion to Dismiss the First Amended Complaint ("Motion") on or before August 5, 2026;

6. WHEREAS, the Parties have conferred regarding an appropriate briefing schedule, and stipulate that Plaintiff's Opposition to Google's Motion shall be due 28 days after the Motion is filed, and Google's reply shall be due 14 days after Plaintiff's Opposition is filed;

7. WHEREAS, this proposed briefing schedule for Google's Motion does not affect any date set by the Court;

8. WHEREAS, the Parties previously stipulated to an extension to Google's deadline to answer or otherwise respond to the Complaint (Dkt. 12);

9. WHEREAS, there have been no other requests to alter any case deadlines;

10. **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the Parties, that the Motion to Dismiss briefing schedule is as follows:

| Event | Deadline |
|---|---|
| Google's Motion to Dismiss | On or before August 5, 2026 |
| Plaintiff's Opposition to Motion to Dismiss | 28 days after Motion to Dismiss is filed |
| Google's Reply in support of its Motion to Dismiss | 14 days after Plaintiff's Opposition is filed |

**IT IS SO STIPULATED**.

Dated: July 14, 2026

**PERKINS COIE LLP**

By: */s/ Lauren J. Tsuji*
Lauren J. Tsuji, (Bar No. 300155)
Thea Percival Herrera, (Bar No. 339689)

*Attorneys for Defendant Google LLC*

Dated: July 14, 2026

By: */s/ Sammie E. Kim*
Sammie E. Kim
Plaintiff *Pro Se*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: July 15, 2026

Hon. Charles R. Breyer