Michelle Visser (SBN 277509)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street, Suite 700
San Francisco, CA 94105
mvisser@orrick.com
Tel: (415) 773-5923

Attorney for Defendant Meta Platforms, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMIE E. KIM,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC. and GOOGLE LLC,<br><br>Defendant. | Case No. 3:26-CV-05488-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE FOR META PLATFORMS, INC.'S MOTION TO DISMISS**<br><br>Judge: Honorable Charles R. Breyer<br><br>October 23, 2026 8:30AM |

**STIPULATION**

Pursuant to Civil Local Rule 6-1(b), Plaintiff Sammie E. Kim, appearing *pro se*, and Defendant Meta Platforms, Inc. ("Meta") by and through its attorneys of record (collectively, the "Parties"), hereby agree and stipulate as follows:

1. WHEREAS, Plaintiff filed her Complaint on June 8, 2026 (Dkt. 1);

2. WHEREAS, pursuant to the Parties' Stipulation, Meta's deadline to answer or otherwise respond to the Complaint was August 5, 2026 (Dkt. 12);

3. WHEREAS, Plaintiff filed her First Amended Complaint on July 5, 2026 (Dkt. 16);

4. WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Meta's existing August 5, 2026 deadline to answer or otherwise respond to the First Amended Complaint remains in effect;

5. WHEREAS, Meta anticipates that it will file a Motion to Dismiss the First Amended Complaint ("Motion") on or before August 5, 2026;

6. WHEREAS, the Parties have conferred regarding an appropriate briefing schedule, and stipulate that Plaintiff's Opposition to Meta's Motion shall be due 28 days after the Motion is filed, and Meta's reply shall be due 14 days after Plaintiff's Opposition is filed;

7. WHEREAS, this proposed briefing schedule for Meta's Motion does not affect any date set by the Court;

8. WHEREAS, the Parties previously stipulated to an extension to Meta's deadline to answer or otherwise respond to the Complaint (Dkt. 12);

9. WHEREAS, there have been no other requests to alter any case deadlines;

10. NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties, that the Motion to Dismiss briefing schedule is as follows:

| Event | Deadline |
|---|---|
| Meta's Motion to Dismiss | On or before August 5, 2026 |
| Plaintiff's Opposition to Motion to Dismiss | 28 days after Motion to Dismiss is filed |
| Meta's Reply in support of its Motion to Dismiss | 14 days after Plaintiff's Opposition is filed |

IT IS SO STIPULATED.

Dated: July 15, 2026

By: */s/ Sammie E. Kim*

Sammie E. Kim

Plaintiff *Pro Se*

Dated: July 15, 2026

By: */s/ Michelle Visser*

Michelle Visser (SBN 277509)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street, Suite 700
San Francisco, CA 94105
mvisser@orrick.com
Tel: (415) 773-5923

Attorney for Defendant Meta Platforms, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 16, 2026

Hon. Charles R. Breyer