Sammie E Kim
Plaintiff Pro Se
1565 Center Ave. Apt 2D
Fort Lee, NJ 07024
Telephone: 551 - 245 - 1317
Email: ler.defects.audit@proton.me

---

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMIE E. KIM<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. and GOOGLE LLC,<br><br>Defendants. | Case No. __3:26-cv-05488-CRB___<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO ENLARGE PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS<br><br>Judge: Charles R. Breyer |

Pursuant to Civil Local Rules 7-11 and 7-12 and Judge Breyer's Standing Order, Plaintiff Sammie E. Kim, Defendant Google LLC, and Defendant Meta Platforms, Inc. respectfully stipulate and request that the Court, for good cause shown, enlarge the page limits for briefing on Defendants' pending motions to dismiss as follows:

On August 5, 2026, Google LLC filed its Motion to Dismiss Plaintiff's First Amended Complaint. Dkt. 22. Meta Platforms, Inc. separately filed its Motion to Dismiss Plaintiff's First Amended Complaint. Dkt. 23.

Judge Breyer's Standing Order limits briefs supporting or opposing motions to fifteen (15) pages absent leave of Court. Plaintiff seeks a five-page enlargement for each opposition, permitting her to file separate opposition briefs of up to twenty (20) pages of text in response to Google's and Meta's motions.

Plaintiff has substantially condensed both oppositions. The requested additional pages will permit Plaintiff to address the separate factual and legal grounds raised in each Defendant's motion without altering the existing briefing schedule or hearing date.

Google and Meta consent to Plaintiff's requested enlargement. Plaintiff likewise consents to a corresponding five-page enlargement for each Defendant's reply, permitting each Defendant, if it elects to file a reply, to file up to twenty (20) pages of text. Accordingly, the parties respectfully request that the Court permit:

(a) Plaintiff's opposition to Google LLC's Motion to Dismiss to contain up to twenty (20) pages of text;

(b) Plaintiff's opposition to Meta Platforms, Inc.'s Motion to Dismiss to contain up to twenty (20) pages of text;

(c) Google LLC's reply, if any, in support of its Motion to Dismiss to contain up to twenty (20) pages of text; and

(d) Meta Platforms, Inc.'s reply, if any, in support of its Motion to Dismiss to contain up to twenty (20) pages of text.

All other applicable deadlines and requirements remain unchanged.

IT IS SO STIPULATED.

Respectfully Submitted

*/s/ Sammie E. Kim*

**Sammie E. Kim**

Plaintiff Pro Se

Dated: August _12_, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *Michelle Visser*

**Michelle Visser**

Attorneys for Defendant Meta Platforms, Inc.

Dated: August 13, 2026

ASHURST PERKINS COIE US LLP

By: /s/ *Lauren J. Tsuji*

**Lauren J. Tsuji**

Attorneys for Defendant Google LLC

Dated: August 13, 2026

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated August _12___, 2026

*By: /S/ Sammie E. Kim*

Sammie E. Kim

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Plaintiff may file an opposition to Google LLC's Motion to Dismiss of up to twenty (20) pages of text and an opposition to Meta Platforms, Inc.'s Motion to Dismiss of up to twenty (20) pages of text.

Google LLC may file a reply, if any, in support of its Motion to Dismiss of up to twenty (20) pages of text. Meta Platforms, Inc. may file a reply, if any, in support of its Motion to Dismiss of up to twenty (20) pages of text.

All other applicable deadlines and requirements remain unchanged.

Dated: August 14, 2026

CHARLES R. BREYER
United States District Judge