Sammie E. Kim
Plaintiff Pro Se
1565 Center Ave. Apt 2D
Fort Lee, NJ 07024
Telephone: 551 - 245 - 1317
Email: ler.defects.audit@proton.me

---

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMIE E. KIM<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. and GOOGLE LLC,<br><br>Defendants | Case No. 3:26-cv-05488-CRB<br><br>**STIPULATION REGARDING LIMITED SECOND AMENDED COMPLAINT AND PENDING MOTIONS TO DISMISS; [~~PROPOSED~~] ORDER**<br><br>Date: October 9, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor<br>Judge: Honorable Charles R. Breyer |

STIPULATION REGARDING LIMITED SECOND AMENDED COMPLAINT AND PENDING MOTIONS TO DISMISS

Plaintiff Sammie E. Kim, appearing pro se, and Defendants Meta Platforms, Inc. and Google LLC, through their respective counsel, hereby stipulate as follows:

1. Plaintiff has requested leave to file a Second Amended Complaint containing a limited factual clarification to paragraph 65 of the First Amended Complaint.
2. Defendants consent to the filing of the Second Amended Complaint containing the limited amendment previously provided to counsel.
3. The limited amendment does not alter Plaintiff's claims or legal theories and does not require withdrawal, refiling, or supplemental briefing concerning Defendants' pending motions to dismiss or Plaintiff's oppositions.
4. The parties respectfully request that the Court treat Meta Platforms, Inc.'s pending motion to dismiss and Plaintiff's opposition thereto as directed to the Second Amended Complaint without refiling or supplemental briefing.
5. The parties likewise respectfully request that the Court treat Google LLC's pending motion to dismiss and Plaintiff's opposition thereto as directed to the Second Amended Complaint without refiling or supplemental briefing.
6. Filing of the Second Amended Complaint shall not restart, extend, shorten, or otherwise alter the existing briefing schedule applicable to the pending motions to dismiss. Any remaining reply deadlines, hearing dates, and previously authorized page limits shall remain unchanged unless otherwise ordered by the Court.
7. Filing of the Second Amended Complaint shall not create a new response deadline under Federal Rule of Civil Procedure 15(a)(3). Defendants shall not be required to file new motions to dismiss or other responses solely as a result of the filing of the Second Amended Complaint, and Plaintiff shall not be required to refile or supplement her existing oppositions solely as a result of the

**8.** Nothing in this stipulation waives or limits any argument, defense, contention, or response otherwise available to any party under the existing briefing schedule concerning the Second Amended Complaint or the pending motions to dismiss.

9. Upon approval of this stipulation and filing of the Second Amended Complaint, the Second Amended Complaint shall constitute the operative complaint.

10. Accordingly, the parties respectfully request that the Court approve this stipulation and permit Plaintiff to file the Second Amended Complaint.

IT IS SO STIPULATED.

Respectfully Submitted
By */s/ Sammie E. Kim*
Sammie E. Kim
Plaintiff Pro Se
Dated: August __28____, 2026

ASHURST PERKINS COIE US LLP
By: */s/ Lauren J. Tsuji*
**Lauren J. Tsuji**
Attorneys for Defendant Google LLC
Dated: August ___28_____, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP
By: /s/ Michelle Visser
**Michelle Visser**
Attorneys for Defendant Meta Platforms, Inc.
Dated: August ____28______, 2026

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated September 1, 2026

By: */S/ Sammie E. Kim*

Sammie E. Kim

# [PROPOSED] ORDER REGARDING LIMITED SECOND AMENDED COMPLAINT AND PENDING MOTIONS TO DISMISS

PURSUANT TO STIPULATION,

1. Plaintiff is granted leave to file the limited Second Amended Complaint described in the parties' stipulation.
2. Upon filing of the Second Amended Complaint, Meta Platforms, Inc.'s pending motion to dismiss shall be treated as directed to the Second Amended Complaint without withdrawal, refiling, or supplemental briefing.
3. Plaintiff's previously filed opposition to Meta Platforms, Inc.'s motion to dismiss shall likewise be treated as directed to the Second Amended Complaint without refiling or supplemental briefing.
4. Upon filing of the Second Amended Complaint, Google LLC's pending motion to dismiss shall be treated as directed to the Second Amended Complaint without withdrawal, refiling, or supplemental briefing.
5. Plaintiff's previously filed opposition to Google LLC's motion to dismiss shall likewise be treated as directed to the Second Amended Complaint without refiling or supplemental briefing.
6. Filing of the Second Amended Complaint shall not restart, extend, shorten, or otherwise alter the existing briefing schedule applicable to the pending motions to dismiss. Any remaining reply deadlines, hearing dates, and previously authorized page limits shall remain unchanged unless otherwise ordered by the Court.
7. Filing of the Second Amended Complaint shall not create a new response deadline under Federal Rule of Civil Procedure 15(a)(3). Defendants shall not be required to file new motions to dismiss or other responses solely as a result of the filing of the Second Amended Complaint, and Plaintiff shall not be required to refile or supplement her existing oppositions solely as a result of the amendment.

**8.** Nothing in this Order alters or limits any argument, defense, contention, or response otherwise available to any party under the existing briefing schedule concerning the Second Amended Complaint or the pending motions to dismiss.

9. Upon filing, the Second Amended Complaint shall constitute the operative complaint.

IT IS SO ORDERED.

Dated: August 31, 2026



HON. CHARLES R. BREYER

United States District Judge